**Joseph R. REID, Plaintiff–Appellant,**

v.

**Gary POLK, Warden of Central Prison; Rick Jackson, Warden of Lanesboro Prison; Ken Butler; Ms. Scarboro; Lieutenant Thessin; Sargent Breman; Sargent Ball; Officer Pressley; Officer Lowe; Officer Crowley, Defendants–Appellees.**

No. 06–6956.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 6, 2006.

Joseph R. Reid, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph R. Reid seeks to appeal the district court's order denying his motions for protective order and appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Reid seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*